**Opinion issued July 13, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00359-CV

———————————

**JARED WALTER ADAIR, Appellant**

**V.**

**RICKY'S ENTERPRISE, INC., Appellee**

---

**On Appeal from County Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1181899**

---

## MEMORANDUM OPINION

On August 26, 2022, Appellant Jared Walter Adair filed an appellate brief, which we subsequently struck on September 1, 2022 for failure to comply with the Texas Rules of Appellate Procedure. We directed Appellant to file a corrected brief by October 3, 2022, however, he did not. On December 19, 2022, the Clerk of this

Court notified Appellant that his appellate brief was past due, and his appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to file his brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.